# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | Case No: 25-cr-409 (NEB/SGE) |
| | Date: October 23, 2025 |
| Jonathan Weinhagen, | Courthouse: St. Paul |
| | Courtroom: 3C |
| Defendant. | Time Commenced: 1:40 p.m. |
| | Time Concluded: 1:55 p.m. |
| | Time in Court: 15 minutes |

APPEARANCES:

Plaintiff: Matthew Murphy, Assistant U.S. Attorney
Defendant: Joseph Dixon
    X Appointed for purposes of today.
    X Defendant intends to retain Mr. Dixon.

Date Charges Filed: October 22, 2025    Offense: wire fraud; mail fraud; attempted bank fraud; false statement in loan application.

    X Advised of Rights

on    X Indictment

X Unsecured bond in the amount of $25,000 set, see Order Setting Conditions of Release

Next appearance date is TBD before U.S. Magistrate Judge Shannon G. Elkins for:
    X Arraignment

X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                                 _s/nah_
                                                              Signature of Courtroom Deputy