UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 25-cr-00409-NEB-SGE |
| Plaintiff, | |
| v. | |
| Jonathan Weinhagen, | **NOTICE OF APPEARANCE** |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Joseph T. Dixon, III of the law firm of Fredrikson & Byron, P.A., 60 South Sixth Street, Suite1500, Minneapolis, MN 55402 shall appear as counsel of record for Defendant Jonathan Weinhagen in this case.

Dated:  October 28, 2025

*s/Joseph T. Dixon*
Joseph T. Dixon, III (0283903)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  612.492.7258
Email:jdixon@fredlaw.com

*Attorney for Defendant*

#87814841