REC'D U.S. MARSHAL MPLS
OCT 22 '25 PM 2:51

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~ORIGINAL~~

| United States of America | ) |
|---|---|
| v. | ) |
| Jonathan Weinhagen | ) Case No. CR 25- 409 NEB/SGE |
| | ) |
| _____ | ) |
| Defendant | ) |

**RECEIVED**
OCT 31 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan Weinhagen ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Counts 1-2: Wire Fraud 18:1343
Count 3: Mail Fraud 18:1341
Count 4: Attempted Bank Fraud 18:1344
Count 5: False Statement in Loan Application 18:1014

SCANNED
OCT 31 2025
U.S. DISTRICT COURT MPLS

Date: 10/22/2025

/s/ Kate M. Fogarty
*Issuing officer's signature*

City and state: Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

ARRESTED ON 10/23/2025
ARRESTED BY USPIS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

_____
*Arresting officer's signature*

_____
*Printed name and title*